IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**BRANDON SCOTT FAVRE**                                                                                    **PLAINTIFF**

**VERSUS**                                               **CIVIL ACTION NO. 1:06cv613LG-JMR**

**STATE OF MISSISSIPPI**                                                                                **DEFENDANT**

## FINAL JUDGMENT

This matter is before the Court on submission of the Report and Recommendation of Chief United States Magistrate Judge John M. Roper [15-1] entered in this cause on November 27, 2006.  The Court, having adopted said Report and Recommendation as the finding of this Court by Memorandum Opinion and Order entered this date, finds that this matter should be dismissed.  Accordingly,

**IT IS ORDERED AND ADJUDGED** that this matter be, and is hereby, dismissed pursuant to FED. R. CIV. P. 41(b).

**SO ORDERED AND ADJUDGED** this the 12th day of December, 2006.

*S/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATE DISTRICT JUDGE